**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

   VS                                      CASE NO. 3:96cr86-01/LAC

OWEN DUCKWORTH

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on   March 9, 2010
Motion/Pleadings: **MOTION REQUESTING EARLY TERMINATION OF PROBATION**
Filed by **DEFENDANT** on 2/16/2010 Doc.# 59

RESPONSES:
   NONE   on   Doc.#
   on   Doc.#

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Jerry Marbut*

LC (1 OR 2)                  Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 11th day of March, 2010, that:*

*(a) The relief requested is* ***DENIED.***

*(b) The Court will not consider early termination unless it is brought forward by the supervising probation officer.*

*s/L.A. Collier*

**LACEY A. COLLIER**
*Senior United States District Judge*